[No. 11596–4–II.   Division Two.   March 6, 1989.]

THE STATE OF WASHINGTON, *Respondent,* v. MARIE ZEMEK, *Appellant.*

Appeal from a judgment of the Superior Court for Clallam County, No. 85–1–00076–4, Gary W. Velie, J., entered December 8, 1987. *Affirmed in part* and *reversed in part* by unpublished per curiam opinion.

[No. 8994–1–III.   Division Three.   March 7, 1989.]

RICHARD A. WALDBAUER, ET AL, *Appellants,* v. DAVID HOLDEN, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for Yakima County, No. 85–2–01824–8, Cameron K. Hopkins, J., entered October 30, 1987. *Reversed* by unpublished opinion per Munson, J., concurred in by Thompson, C.J., and Green, J.

[No. 8971–1–III.   Division Three.   March 7, 1989.]

THE STATE OF WASHINGTON, *Respondent,* v. QUINTON A. LOVE, *Appellant.*

Appeal from a judgment of the Superior Court for Benton County, No. 87–3–00320–4, Yancey Reser, J., entered October 29, 1987. *Reversed* by unpublished opinion per Thompson, C.J., concurred in by Green and Munson, JJ.

[No. 9292–5–III.   Division Three.   March 7, 1989.]

BILLY W. ALLEN, ET AL, *Appellants,* v. HAROLD J. ELLNER, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for Benton County, No. 87–2–00471–3, Fred R. Staples, J., entered April 15, 1988. *Affirmed* by unpublished opinion per Munson, J., concurred in by Thompson, C.J., and Green, J.